**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, ) <br> A HEALTH AND WELFARE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HEART UTILITIES OF JACKSONVILLE, ) <br> INC., a Florida Corporation, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:16-cv-7201 <br><br> Judge Shadur <br><br> Magistrate Judge Valdez |

## MOTION TO VACATE ORDER OF DISMISSAL, TO REINSTATE ACTION, AND FOR ENTRY OF JUDGMENT

Now comes Plaintiff, LINE CONSTRUCTION BENEFIT FUND and moves this Honorable Court to vacate Order of Dismissal entered on September 9, 2016 , a copy of which is attached here to as Plaintiff's Exhibit "A", and to reinstate Plaintiff's cause of action instanter, and for entry of judgment against the Defendant.

In support of Plaintiff's Motion, Plaintiffs state as follows:

1. That Pursuant to Settlement Agreement and Agreed Order of Dismissal, executed by the parties and filed with the Court on 09/08/2016, a copy of which is attached hereto as Plaintiff's Exhibit "B", the parties agreed to a dismissal of the pending action.

2. That notwithstanding the provisions of the Settlement Agreement, specifically paragraphs 4 and 7(b) thereof, the Defendant has failed to remit full payments for current contributions for 2015, 2016, and through March 31, 2018.

1

WHEREFORE, in accordance with the provisions of the Agreed Order of Dismissal, Exhibit "A", Plaintiff prays that the Order of Dismissal be vacated instanter, Plaintiff's cause of action be reinstated, and that judgment enter in favor of Plaintiff and against the Defendant in the amount of the outstanding delinquencies.

Dated:  April 17, 2018

/s/ ROBERT GREENBERG
One of the Attorneys for Plaintiff
LINE CONSTRUCTION BENEFIT FUND

Robert B. Greenberg
ASHER, GITTLER & D'ALBA, LTD.
200 W. Jackson Boulevard, Suite 1900
Chicago, IL 60606
*rbg@ulaw.com*
*msj@ulaw.com*